IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | |
|---|---|
| **ANTONIO SAN JUAN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | )   No. 10-2953-STA |
| | ) |
| **OFFICE FURNITURE FACTORY,** | ) |
| | ) |
| **Defendant.** | ) |

_____

**ORDER ADOPTING THE REPORT AND RECOMMENDATION**
_____

Before the Court is the United States Magistrate Judge' Recommendation that Plaintiff be granted an additional forty-five days in which to serve Defendant with the complaint (D.E. # 18 ), filed on April 27, 2012.   Plaintiff has not filed objections to the Magistrate Judge's Report and Recommendation within the time permitted.  Having reviewed the Magistrate Judge's Report and Recommendation *de novo*, and the entire record of the proceeding, the Court hereby **ADOPTS** the Magistrate Judge's Report.  Plaintiff shall have forty-five days from the entry of this Order, that is by July 5, 2012, in which to serve Defendant.  Failure to serve Defendant within that time period will result in the dismissal of Plaintiff's action.

    **IT IS SO ORDERED.**

                                                      **s/ S. Thomas Anderson**
                                                      S. THOMAS ANDERSON
                                                      UNITED STATES DISTRICT JUDGE

                                                      Date: May 21, 2012